**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MAY - 5 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDGE KEENAN

08 CV 4880

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION
  Leonore Andrade v. Merck & Co., Inc.,
    E.D. California, C.A. No. 2:08-675
  Judith Gold v. Merck & Co., Inc.,
    E.D. New York, C.A. No. 1:08-1650

MDL No. 1789

**CONDITIONAL TRANSFER ORDER (CTO-55)**

On August 16, 2006, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 444 F.Supp.2d 1347 (J.P.M.L. 2006). Since that time, 123 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John F. Keenan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Keenan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable John F. Keenan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

MAY 2 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

DEPUTY CLERK

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION                    MDL No. 1789

## INVOLVED COUNSEL LIST (CTO-55)

Clifford Lee Carter
CLAYEO C ARNOLD PLC
608 University Avenue
Sacramento, CA 95825

Mario D'Angelo
MARIO D'ANGELO & ASSOCIATES LLC
4250 Veterans Memorial Highway
Suite 2040
Holbrook, NY 11741

M. King Hill, III
VENABLE LLP
210 Allegheny Avenue
Towson, MD 21204

Katharine R. Latimer
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
9th Floor
Washington, DC 20005

Christopher A. Seeger
SEEGER WEISS
One William Street
10th Floor
New York, NY 10004-2502

Terry O. Tottenham
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011