IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION (MDL No. 1789) | ) JUDGE KEENAN ) ) ) Plaintiff: Judith Gold ) ) SDNY Case No. 08-04880 |

## NOTICE OF APPEARANCE

COMES NOW Laura V. Yaeger and Robert Bench of FLEMING & ASSOCIATES, L.L.P., and enter their appearance for the Plaintiff in the above-referenced cause of action. Counsels respectfully request that all orders, pleadings, correspondence, certificates of service, certificates of conference and other mailings be served on Laura V. Yaeger and Robert Bench through the CM/ECF system and/or at the address below.

Respectfully submitted,

**FLEMING & ASSOCIATES, L.L.P.**

 /s/ Laura V. Yaeger
Laura V. Yaeger
Texas State Bar No. 24011432
Robert Bench
Texas State Bar No. 00790292
1330 Post Oak Blvd., Suite 3030
Houston, Texas 77056
713-621-7944 (telephone)
713-621-9638 (fax)
laura_yaeger@fleming-law.com
robert_bench@fleming-law.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **Notice of Appearance** was sent to the following counsel of record by certified mail, return receipt requested, as addressed below and e-filed with the court on the 4th day of September 2008.

**Via Certified Mail/RRR to:**

Theodore VanHuysen Mayer
HUGHES, HUBBARD & REED, L.L.P.
One Battery Park Plaza
New York, NY 10004

David J. Heubeck
Paul F. Strain
Dana Petersen Moore
VENABLE, L.L.P.
750 East Pratt Street, Suite 900
Baltimore, MD 21202
**Counsel for Defendant Merck & Co.**

Mario D'Angelo
MARIO D'ANGELO & ASSOCIATES, L.L.C.
4250 Veterans Memorial Highway, Suite 2040
Holbrook, NY 11741
**Counsel for Plaintiff Judith Gold**

                                                    /s/ Laura V. Yaeger
                                                    Laura V. Yaeger